UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :     **ORDER APPOINTING CJA**
  -against-                                               :
                                                              :     21 Cr. 280 (AKH)
                                                              :
JAYQUAN SMITH et al.,                                         :
                                                              :
                             Defendants. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Attorney Lance Clark is appointed as CJA counsel to represent Defendant Hassan Simmons for his Violation of Supervised Release hearing, scheduled for May 25, 2022, at 11:00 a.m.

        SO ORDERED.

Dated:    April 13, 2022                         ___/s/ Alvin K. Hellerstein___
             New York, New York             ALVIN K. HELLERSTEIN
                                               United States District Judge