```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA       :
                                        ORDER
          - v. -               :
                                        S1 21 Cr. 280 (AKH)
HASSAN SIMMONS,                :

              Defendant.       :

- - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 22, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       June __, 2022

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE