

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Nina Epstein
Diane Ferrone

July 13, 2022

**<u>Via ECF</u>**

Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing will be held on Sept. 28, 2022 at 10:00 am in Courtroom 14D.

/s/Alvin K. Hellerstein, U.S.D.J.
7/21/2022

Re: <u>United States v. Hassan Simmons, et al.</u>, 21 Cr. 280 (AKH)

Dear Judge Hellerstein:

    I am CJA counsel to Hassan Simmons. I write on behalf of Mr. Simmons and the government to request a firm sentencing date in this case.

    When Mr. Simmons pled guilty before a Magistrate Judge on April 22, 2022, a control date of July 22, 2022 was set. The parties respectfully request for a sentencing date 60-days from that date.

    If convenient for the Court, the parties request a date in the last two weeks of September. I note for the Court I am unavailable September 23 and 29.

    I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

cc: All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com