

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Nina Epstein
Diane Ferrone

October 26, 2022

*Via ECF*

Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The Motion is granted. Sentencing will take place on January 4, 2023 at 12:00 p.m.

SO ORDERED.
/s/ Alvin K. Hellerstein
October 27, 2022

Re: <u>United States v. Hassan Simmons, et al.</u>, 21 Cr. 280 (AKH)

Dear Judge Hellerstein:

    I am CJA counsel to Hassan Simmons. I write, with no objection from the government, to respectfully request that the Court adjourn Mr. Simmons' sentencing (currently scheduled for November 16) and the corresponding submission deadlines, for approximately 45 days.

    The defense needs additional time to obtain Mr. Simmons' criminal files for two prior Bronx County narcotics offenses that the Probation Department believes count toward Mr. Simmons' being designated a career offender.

    Accordingly, the defense respectfully requests a 45-day adjournment of Mr. Simmons' sentencing.

    I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

cc: All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com