UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA                    :
                                            :
                                            :     **SCHEDULING ORDER**
        -against-                           :
                                            :     21 Cr. 280 (AKH)
                                            :
                                            :
HASSAN SIMMONS,                             :
                                            :
                          Defendant.        :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned case is hereby adjourned to February 7, 2023 at 11:00 a.m. in Courtroom 14D.


      SO ORDERED.

Dated:   January 26, 2023          _____/s/_Alvin K. Hellerstein_____
          New York, New York         ALVIN K. HELLERSTEIN
                                       United States District Judge