UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        21-Cr-280 (AKH)

          -against-                                          :

HASSAN SIMMONS,                                 :        ORDER

                    Defendant.            :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A conference having been held today regarding defendant's violation of supervised release, with counsel for all parties present,

       IT IS HEREBY ORDERED that the Court modifies defendant's conditions of supervised release as follows: for a period of 60 days, defendant Hassan Simmons shall participate in and successfully complete a drug abuse treatment program at Cornerstone, which program may include testing to determine whether he has reverted to using drugs or alcohol. Defendant must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider. Defendant shall begin this program on May 15, 2026. All previous conditions of supervised release remain as set.

       There will be a status conference before Hon. Alvin K. Hellerstein on August 6, 2026, at 11:00 a.m. in Courtroom 14D.

Dated: New York, New York
       May 8, 2026

                               SO ORDERED:

                               _____
                                Sidney H. Stein, U.S.D.J.