UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,        :       21-Cr-280 (AKH)

       -against-                :

HASSAN SIMMONS,            :       <u>ORDER</u>

                   Defendant.    :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that there will be a status conference in this matter regarding defendant's violation of supervised release on Thursday, May 21, 2026, at 12:00 p.m.


Dated: New York, New York
       May 20, 2026

                         SO ORDERED:

                         Sidney H. Stein, U.S.D.J.