UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

UNITED STATES OF AMERICA,               :     21-Cr-280 (AKH)

              -v-                       :     ORDER

HASSAN SIMMONS,                         :

----------------------------------------x

SIDNEY H. STEIN, United States District Judge:

A conference was held today regarding defendant's violation of supervised release, with counsel for all parties present.

IT IS HEREBY ORDERED that the Court modifies defendant's conditions of supervised release as follows:

Hassan Simmons shall participate in and successfully complete approximately twenty (28) days detoxification and rehabilitation treatment services at Cornerstone Treatment Facilities Network, located at 159-05 Union Turnpike, Fresh Meadows, New York 11366, beginning on May 15, 2026. Defendant shall thereafter participate in an additional 32 days of residential substance abuse treatment at Samaritan Daytop Village.

The treatment program may include testing to determine whether the defendant has reverted to using drugs or alcohol. Defendant shall contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the Presentence Investigation Report, to the treatment provider.

Defendant must participate in an outpatient mental health treatment program approved by the United States Probation Office. Defendant must continue to take any prescribed medications unless otherwise instructed by the health care provider. Defendant must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

IT IS FURTHER ORDERED that the defendant is permitted to leave treatment on one occasion only, for the purpose of attending the birth of his child and shall return to treatment within 24 hours.

IT IS FURTHER ORDERED that the status conference previously scheduled before Hon. Alvin K. Hellerstein on August 6, 2026, is adjourned to August 20, 2026, at 10:00 a.m.

All previous conditions of supervised release remain in full force and effect.

Dated: New York, New York
       May 21, 2026

                                        SO ORDERED.

                                        _____
                                        Sidney H. Stein, U.S.D.J.